IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| VINEBROOK HOMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-068 |
| | ) | |
| JUDIA H. ELLIOT, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 8.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the motion to proceed *in forma pauperis*, (doc. no. 2), **REMANDS** this case to the Magistrate Court of Richmond County, State of Georgia, Case Number 941895, for lack of subject-matter jurisdiction, and **CLOSES** this civil action.[1]

SO ORDERED this _11th_ day of July, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court further **DIRECTS** the **CLERK** to terminate the motion associated with the Rule 26(f) Report. (Doc. no. 9.)